**UNITED STATES DISTRICT COURT
                         DISTRICT OF MINNESOTA**

---

Tammy Tisdell,                                     Civil No. 10-4357 (RHK/LIB)

          Plaintiff,                          **ORDER**

vs.

Sara Janowiak, Linnea Ames, Gregory
Lange,

          Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 27, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge