UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tammy Tisdell,

      Plaintiff,

            Civ. No. 10-4357 (RHK/LIB)
            **ORDER**

v.

Sara Janowiak, Linnea Ames, and
Gregory Lange,

      Defendants.

  This matter is before the Court on Defendant Gregory Lange's Motion to Dismiss (Doc. No. 3) the claims against him. A hearing on the Motion is currently scheduled for April 7, 2011, in Duluth, Minnesota. However, Plaintiff has not provided proof of service to date, and she has been ordered by United States Magistrate Judge Leo I. Brisbois to provide such proof or show good cause for an extension of time to serve Defendants pursuant to Rule 4(m). (See Doc. No. 7.)

  In light of Judge Brisbois's Order, the hearing on Lange's Motion currently scheduled for April 7, 2011, is **CONTINUED** *sine die*. It will be rescheduled, if necessary, following Plaintiffs' response to Judge Brisbois's Order.


Dated: March 14, 2011          s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge