UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tammy Tisdell,

                Plaintiff,       Civ. No. 10-4357 (RHK/LIB)

v.

                              **ORDER**

Sara Janowiak, *et al.*,

                Defendants.

---

    In light of Plaintiff's recently filed Motion for Answers to Interrogatories and Sanctions (Doc. No. 45) and the settlement conference scheduled by Magistrate Judge Brisbois (Doc. No. 48), **IT IS ORDERED** that the hearing on Defendant Linnea Ames's Motion for Summary Judgment (Doc. No. 37), currently scheduled for May 17, 2012, is **CONTINUED** *sine die* (without date), pending further Order of the Court.

Dated: May 3, 2012                               s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge